**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 15, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-01079-CV

## KELLY ETHREDGE AND DONALD ETHREDGE, Appellants

## V.

## EUGENE  MADISON, Appellee

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1119326**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 11, 2018. On January 8, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant